JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA, | Case No. CV 22-2473 FMO (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| H.M. KHOSH INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of July, 2022.

/s/
Fernando M. Olguin
United States District Judge